# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 12, 2023

**BY ECF**

The Honorable Paul A. Engelmayer
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   **United States v. Daniel Rivera**
      **23 CR 236-PAE**

Dear Judge Engelmayer:

Daniel Rivera, through undersigned counsel, respectfully moves the Court for an order modifying the conditions of his pretrial release. Mr. Rivera is charged with a single count of possession with the intent to distribute narcotics. On October 12, 2022, he was ordered released on conditions that included travel restricted to the Southern and Eastern Districts of New York and the Middle District of Florida, including points in between in order to travel to court and meet with his attorney. Doc. 9. Mr. Rivera was also ordered to remain on home detention and to obtain the signature of the person with whom he would reside which, at the time, was his brother who lived in the Middle District of Florida. *Id.* Finally, Mr. Rivera was ordered not to relocate without the permission of Pretrial Services. Notably, since Mr. Rivera's release, his level of supervision has been reduced from home detention to curfew. Doc. 14.

Mr. Rivera is no longer able to reside at his brother's home in the Middle District of Florida. Hence, he has proposed to reside with a long-time friend in the District of Arizona. Pretrial

Services has been provided with the address, name, and contact information for the friend with whom Mr. Rivera proposes to live. Neither Pretrial Services nor the Government has any objection to Mr. Rivera's relocation request pending a home approval by Pretrial Services. Accordingly, Mr. Rivera asks the Court to amend the conditions of his pretrial release as follows:

1. Authorized to relocate to the District of Arizona.

2. Once relocated, travel restricted to SDNY, EDNY, D. Ariz., and points in between for travel to court and to meet with his attorney.

Respectfully Submitted,

/s/

Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

**GRANTED.** The defendant shall be permitted to reside in Florida until June 22, 2023, pending his move to Arizona. The Clerk of Court is requested to terminate the motion at Dkt. No. 28.

6/15/2023

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge