UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

DANIEL RIVERA,

Defendant.

23-CR-236 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Upon the application of the defendant, Daniel Rivera, through his counsel, Kristoff Williams, Esq., and without objection from Pretrial Services or the Government, it is hereby ORDERED that:

The defendant's pretrial release conditions are modified to remove the requirements of location monitoring and a curfew restriction.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 17, 2023
New York, New York