UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        -v-

DANIEL RIVERA

23-CR-236-PAE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF MOTION TO SUPPRESS EVIDENCE

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Daniel Rivera will move this Court, before the Honorable Paul A. Engelmayer, in the Southern District of New York, for an Order suppressing evidence obtained pursuant to the warrantless search of his vehicle on October 11, 2022.

Dated: August 28, 2023

                                        Respectfully Submitted,

                                        */s/*
                                        **Kristoff I. Williams**

                                        Assistant Federal Defender
                                        Federal Defenders of New York
                                        52 Duane Street, 10th Floor
                                        New York, New York 10007
                                        Tel.: (212)-417-8791