```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA         :    TRANSPORTATION ORDER

       - v -                     :    23-CR-236 (PAE)

Daniel Rivera,                   :

              Defendant.         :

------------------------------------x
```

Upon the application of **Daniel Rivera**, by his attorney, **Kristoff Williams, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Daniel Rivera with funds to cover the cost of airfare from Phoenix, Arizona to New York, New York in advance of Mr. Rivera's upcoming court appearance on Monday, October 30, 2023 at 11:00am, arriving in New York no later than 9:00 am and no earlier than 5:00am on Monday, October 30, 2023; and it is hereby further

**ORDERED** that the aforesaid expense shall be paid by the United States Marshals Service.

The Clerk of Court is reqeusted to terminate the motion at Dkt. No. 43.

Dated:  New York, New York
        October 13, 2023

**SO ORDERED:**

_Paul A. Engelmayer_
HONORABLE PAUL A. ENGELMAYER
United States District Judge