**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 19, 2023

**BY ECF**

The Honorable Paul A. Engelmayer
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   **United States v. Daniel Rivera**
      **23 CR 236-PAE**

Dear Judge Engelmayer:

Daniel Rivera, through undersigned counsel, respectfully moves the Court for an order modifying the appearance bond entered in this case. Specifically, Mr. Rivera asks the Court to remove Jessenia Rivera and Michael Rivera as FRP co-signers on the bond, as they have been replaced by Aida Rivera and Ashley Hughes, both of whom have been interviewed and approved by the U.S. Attorney's Office.

Respectfully Submitted,

_____/s/_____

Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 45.

SO ORDERED.                    10/19/2023

_____Paul A. Engelmayer_____
PAUL A. ENGELMAYER
United States District Judge