UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA              :     **TRANSPORTATION ORDER**

    - v -                               :     23 Cr. 236 (PAE)

Daniel Rivera,                        :

                  Defendant.   :

------------------------------------x

    Upon the application of **Daniel Rivera**, by his attorney, **Kristoff Williams, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

    **ORDERED** that the United States Marshals Service furnish Daniel Rivera with funds to cover the cost of airfare from Phoenix, Arizona to New York, New York in advance of Mr. Rivera's upcoming court appearance on Tuesday, December 5, 2023 at 3:00pm, arriving in New York no later than 9:00 am and no earlier than 5:00am on Tuesday, December 5, 2023; and it is hereby further

    **ORDERED** that the aforesaid expense shall be paid by the United States Marshals Service.

Dated:  New York, New York        **SO ORDERED:**
        November 8, 2023

                                                    _/s/ Paul A. Engelmayer_
                                          HONORABLE PAUL A. ENGELMAYER
                                          United States District Judge