# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**Barry D. Leiwant**
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 22, 2023

**BY ECF**

The Honorable Paul A. Engelmayer
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re: **United States v. Daniel Rivera**
**23 CR 236-PAE**

Dear Judge Engelmayer:

Daniel Rivera, through undersigned counsel, respectfully moves the Court for an order modifying the appearance bond entered in this case. Specifically, undersigned counsel was informed by the Criminal Case Operations Clerk that Mr. Rivera's appearance bond needs to reflect the replacement of Ashley Hughes with Leslie Mendivil as a FRP co-signer. Ms. Mendivil has already been sworn to the bond. Accordingly, Mr. Rivera respectfully requests that the Court remove Ashley Hughes as a FRP co-signer and replace her with Leslie Mendivil.

Respectfully Submitted,

___/s/_____

Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 51.
SO ORDERED.           1/2/2024

*[signature: Paul A. Engelmayer]*
PAUL A. ENGELMAYER
United States District Judge